Alden Knisbacher, CSB #169705
Email: alden@knisbacherlaw.com
KNISBACHER LAW OFFICES
220 Montgomery Street, Suite 961
San Francisco, California 94104
Telephone: (415) 522-5200
Facsimile: (415) 522-5201

Reginald Terrell, CSB #127874
Email: reggiet2@aol.com
THE TERRELL LAW GROUP
P.O. Box 13315, PMB #148
Oakland, California 94661
Telephone: (510) 237-9700
Facsimile: (510) 237-4616

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS WAGNER, an individual, on behalf of himself and all others similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DRIVEN SPORTS, INC., GENERAL NUTRITION CENTERS, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Consolidated lead case C13-4830 EMC<br>Case No. 3:13-cv-05239-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR PRE-TRIAL CONSOLIDATION**<br><br>CLASS ACTION<br><br>JURY TRIAL DEMAND<br><br>The Honorable Edward M. Chen<br><br>Complaint Filed: November 12, 2013 |

STIPULATION AND [PROPOSED] ORDER FOR PRE-TRIAL CONSOLIDATION - 1
CASE NO. 3:13-CV-05239-EMC

## I. STIPULATION

1. WHEREAS there are presently two consumer fraud complaints filed against Driven Sports, Inc. pending in this Court, which have been deemed related cases: (1) *Olvera v. Driven Sports, Inc.* No. C 13-04830 EMC, and (2) *Wagner v. Driven Sports, Inc. and General Nutrition Centers, Inc.*, Case No. 3:13-cv-05239-EMC.

2. WHEREAS Jonathan Shub, Nick Suciu III, Michael Ram, and Beth Terrell shall be appointed co-lead counsel, and Michael Ram shall be appointed liaison counsel for purposes of communications with the Court and with counsel for other parties. Liaison counsel shall have the obligation to transmit communications between the Court and other counsel to all other Plaintiffs' counsel and shall have sole authority to bind co-lead counsel to representations and stipulations as if all co-lead counsel had made such representations or stipulations, unless liaison counsel expressly indicates at the time of the representation or stipulation that other co-lead counsel do not agree. In the event of persistent non-agreement by co-lead counsel, counsel for Defendants shall notify the Court. For purposes of scheduling, conferences of counsel, stipulations, and other administrative or procedural matters, counsel for Defendants need only confer with liaison counsel unless liaison counsel expressly advises Defendants that specific other counsel need to participate.

3. WHEREAS both actions currently assert claims under California's Unfair Competition Act, Bus. & Prof. Code § 17200, *et seq.*, California's Consumer Legal Remedies Act, Civ. Code § 1750, *et seq.*, and California's False Advertising Law, Bus. & Prof. Code § 17500, *et seq.* based on allegations which Plaintiffs contend relate to the same uniform misrepresentation: Plaintiffs allege that Driven Sport's product, Craze (a pre-workout nutritional supplement), contains a known structural isomer of methamphetamine, and Defendants failed to disclose this harmful ingredient to Class members and that Driven Sports mislabeled Craze under federal and state law.

1    4.    WHEREAS, the parties agree that the two cases' allegations involve alleged common questions of fact and law, and/or otherwise appear to satisfy the requirements of Fed. R. Civ. P. 42(a) on the face of the pleadings, and therefore, pre-trial consolidation is not opposed by any party at this time.

5.    WHEREAS, the parties agree that, if the matters are consolidated by the Court, Plaintiffs shall file an amended consolidated class action complaint by May 15, 2014.

6.    WHEREAS, the parties agree that consolidation of these matters shall be for the purposes of pleading and litigation convenience to the parties and to the Court, and the parties reserve all substantive and procedural rights, including defenses based upon misjoinder and lack of commonality for purposes of class certification, trial and otherwise.  Further, the parties specifically reserve and do not waive any and all rights to seek severance of these actions as discovery and events unfold, and specifically do not, at this time, stipulate to consolidate these actions for trial and/or waive any other rights to request separate trials of issues, claims, defenses, cross-claims and/or counter-claims pursuant to Federal Rule of Civil Procedure 42(b).

7.    THEREFORE, the parties agree that, subject to and without waiver of the foregoing, and based upon the existing allegations in the action, good cause exists for the Court to enter an order consolidating for pre-trial purposes the *Olvera* and *Wagner* actions at this time, based upon the existing pleadings, and requiring a consolidated amended complaint to be filed.

| | |
|---|---|
| 1 | STIPULATED, RESPECTFULLY SUBMITTED AND DATED this 29th day of April, 2014. |

TERRELL MARSHALL DAUDT & WILLIE PLLC

SEEGER WEISS LLP

By: /s/ Beth E. Terrell, CSB #178181
Beth E. Terrell, CSB #178181
Email: bterrell@tmdwlaw.com
Mary B. Reiten, CSB #203142
Email: mreiten@tmdwlaw.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 350-3528

Alden Knisbacher, CSB #169705
Email: alden@knisbacherlaw.com
KNISBACHER LAW OFFICES
220 Montgomery Street, Suite 961
San Francisco, California 94104
Telephone: (415) 522-5200
Facsimile: (415) 522-5201

Reginald Terrell, CSB #127874
Email: reggiet2@aol.com
THE TERRELL LAW GROUP
P.O. Box 13315, PMB #148
Oakland, California 94661
Telephone: (510) 237-9700
Facsimile: (510) 237-4616

Michael F. Ram, CSB #104805
Email: mram@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

*Attorneys for Plaintiff Marcus Wagner*

By: /s/ Jonathan Shub, CSB #237708
Email: jshub@seegerweiss.com
Jonathan Shub, CSB #237708
1515 Market Street, Suite 1380
Philadelphia, Pennsylvania 19102
Telephone: (215) 564-2300
Facsimile: (215) 851-8029

Nick Suciu, III
Email: notifications@oliverlg.com
Alyson Oliver
Email: notifications@oliverlg.com
OLIVER LAW GROUP PC
950 West University Drive, Suite 200
Rochester, Michigan 48307
Telephone: (248) 327-6556
Facsimile: (248) 436-3385

Jordan L. Chaikin
PARKER WAICHMAN LLP
Email: jchaikin@yourlawyer.com
3301 Bonita Beach Road
Bonita Springs, Florida 34134
Telephone: (239) 390-8609
Facsimile: (239) 390-0055

*Attorneys for Plaintiff Shantell Olvera*

| | |
|---|---|
| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | McGUIRE WOODS LLP |
| By: /s/ Edward P. Garson, CSB #96786<br>Edward P. Garson, CSB #96786<br>Email: edward.garson@wilsonelser.com<br>525 Market Street, 17th floor<br>San Francisco, California 94105<br>Telephone: (415) 433-0990<br>Facsimile: (415) 434-1370<br><br>Ian A. Stewart, CSB # 250689<br>Email: ian.stewart@wilsonelser.com<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP<br>555 South Flower Street, Suite 2900<br>Los Angeles, California 90071<br>Telephone: (213) 443-5100<br>Facsimile: (213) 443-5101<br><br>*Attorneys for Defendant Driven Sports, Inc.* | By: /s/ A. Brooks Gresham, CSB #155954<br>A. Brooks Gresham, CSB #155954<br>Email: bgresham@mcguirewoods.com<br>Laura E. Coombe, CSB #260663<br>Email: lcoombe@mcguirewoods.com<br>1800 Century Park East, 8th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 315-8200<br>Facsimile: (310) 315-8210<br><br>*Attorneys for Defendant General Nutrition Centers, Inc.* |

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS ORDERED THAT THE MATTERS ARE CONSOLIDATED FOR PRE-TRIAL LITIGATION PURPOSES AT THIS TIME.

Dated this \_\_1st\_\_ day of \_\_\_\_\_May\_\_\_\_\_, 2014.

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER FOR PRE-TRIAL CONSOLIDATION - 5
CASE NO. 3:13-CV-05239-EMC

# CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on April 29, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Edward P. Garson, CSB #96786
>Email:  edward.garson@wilsonelser.com
>WILSON, ELSER, MOSKOWITZ,
>   EDELMAN & DICKER LLP
>525 Market Street, 17th floor
>San Francisco, California  94105
>Telephone: (415) 433-0990
>Facsimile: (415) 434-1370
>
>Ian A. Stewart, CSB # 250689
>Email:  ian.stewart@wilsonelser.com
>WILSON, ELSER, MOSKOWITZ,
>EDELMAN & DICKER LLP
>555 South Flower Street, Suite 2900
>Los Angeles, California  90071
>Telephone: (213) 443-5100
>Facsimile: (213) 443-5101
>
>*Attorneys for Defendant Driven Sports, Inc.*
>
>A. Brooks Gresham, CSB #155954
>Email:  bgresham@mcguirewoods.com
>Laura E. Coombe, CSB #260663
>Email:  lcoombe@mcguirewoods.com
>McGUIRE WOODS LLP
>1800 Century Park East, 8th Floor
>Los Angeles, California  90067
>Telephone:  (310) 315-8200
>Facsimile:  (310) 315-8210
>
>*Attorneys for Defendant General Nutrition Centers, Inc.*

1   DATED this 29th day of April, 2014.

2                                           TERRELL MARSHALL DAUDT & WILLIE PLLC

4                                           By: /s/ Beth E. Terrell, CSB #178181
                                                Beth E. Terrell, CSB #178181
5                                               Email: bterrell@tmdwlaw.com
                                                936 North 34th Street, Suite 300
6                                               Seattle, Washington  98103-8869
                                                Telephone:  (206) 816-6603
7                                               Facsimile:  (206) 350-3528

                                            *Attorneys for Plaintiff*