**MCGUIREWOODS LLP**
A. BROOKS GRESHAM SBN #155954
BLAKE S. OLSON SBN # 277293
1800 Century Park East, 8th Floor
Los Angeles, CA  90067-1501
Telephone:  310.315.8200
Facsimile:  310.315.8210
bgresham@mcguirewoods.com
bolson@mcguirewoods.com

Attorneys for Defendant General Nutrition Corporation
(erroneously sued and served as "General Nutrition Center, Inc.")

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANTELL OLVERA; DUONG LE; MARK WOLFE; BRYAN NOFFSINGER; JULIAN KADARIAN; JAMES VENTRE JR.; ERIK SICKINGER; WILLIAM HALL JR.; ROBERTO IRIONDO; MELVIN BISHOP; HENRY CHORLIAN II; and JEFF CRITES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DRIVEN SPORTS, INC., a New York corporation; BODYBUILDING.COM, LLC; GENERAL NUTRITION CENTER, INC.; SPORTS NUTRITION RESEARCH, LTD; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 3:13-cv-04830-EMC<br><br>The Hon. Edward M. Chen<br><br>**[PROP~~O~~SED] ORDER PERMITTING PLAINTIFFS TO FILE PROPOSED SECOND AMENDED CLASS ACTION COMPLAINT**<br><br><br>Complaint Filed:        November 12, 2013 |
| MARCUS WAGNER, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DRIVEN SPORTS, INC., GENERAL NUTRITION CENTER, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | |

ORDER PERMITTING PLAINTIFFS TO FILE PROPOSED SECOND AMENDED CLASS ACTION COMPLAINT

Pursuant to the Joint Stipulation Permitting Plaintiffs to File the Proposed Second Amended Complaint entered into by PLAINTIFFS and Defendants General Nutrition Corporation (erroneously sued and served as "General Nutrition Center, Inc."), Driven Sports, Inc., Bodybuilding.com, LLC, and Sports Nutrition Research, Ltd., (collectively hereinafter as "DEFENDANTS") (PLAINTIFFS and DEFENDANTS collectively as the "Parties") by and through their counsel of record, and good cause appearing therefore,

It is hereby ORDERED that:

1.   PLAINTIFFS are permitted to file the Proposed Second Amended Class Action Complaint clarifying their allegations against Defendant Bodybuilding.com, LLC, which is attached as **Exhibit C** to the Parties Joint Stipulation filed herewith.

2.   PLAINTIFFS' Proposed Second Amended Class Action Complaint shall not change, alter, or revise any of the allegations against any of the DEFENDANTS except for Defendant Bodybuilding.com, LLC.

3.   PLAINTIFFS' Proposed Second Amended Class Action Complaint shall not incorporate or allege any new or additional allegations against any of the DEFENDANTS except for Defendant Bodybuilding.com, LLC.

DATED:   9/8/14



_____
DISTRICT JUDGE

2
ORDER PERMITTING PLAINTIFFS TO FILE PROPOSED SECOND AMENDED CLASS ACTION COMPLAINT

CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2014, I electronically filed the foregoing with the Clerk of the Court using the Court's electronic filing system ("CM/ECF") system and served a copy of same upon all counsel of record via the Court's electronic efiling notification system ("NEF").

/s/ A. Brooks Gresham
A. Brooks Gresham