Michael F. Ram, CSB #104805
Email: mram@rocklawcal.com
RAM, OLSON, CEREGHINO
  & KOPCZYNSKI
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

[Additional Counsel Appear on Signature Page]

*Co-Lead and Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANTELL OLVERA et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DRIVEN SPORTS, INC., a New York corporation; BODYBUILDING.COM, LLC; GENERAL NUTRITION CENTER, INC.; SPORTS NUTRITION RESEARCH, LTD; and DOES 1 through 10, inclusive,<br><br>Defendants. | Consolidated No. 3:13-cv-04830-EMC<br><br>**STIPULATION TO CONTINUE HEARING DATE ON BODYBUILDING.COM LLC'S MOTION TO DISMISS COMPLAINT [AND ~~PROPOSED~~ ORDER]**<br><br><u>CLASS ACTION</u><br><br>JURY TRIAL DEMAND<br><br>The Honorable Edward M. Chen<br><br>Complaint Filed: October 17, 2013 |

STIPULATION TO CONTINUE HEARING DATE ON BODYBUILDING.COM LLC'S
MOTION TO DISMISS COMPLAINT [AND PROPOSED ORDER] - 1
CONSOLIDATED CASE NO. 3:13-cv-04830-EMC

| | |
|---|---|
| MARCUS WAGNER, an individual, on behalf of himself and all others similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>DRIVEN SPORTS, INC., GENERAL NUTRITION CENTERS, INC., and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 3:13-cv-05239-EMC<br><br>JURY TRIAL DEMAND<br><br>The Honorable Edward M. Chen<br><br>Complaint Filed:  November 12, 2013 |

## I. STIPULATION

Subject to this Court's approval, Plaintiffs and Defendant Bodybuilding.com LLC hereby stipulate to continue the hearing date of Defendant's Motion to Dismiss Complaint from October 21, 2014 at 2:30 p.m. to November 4, 2014 at 2:30 p.m.  The parties also stipulate that Plaintiffs' opposing brief shall be due on October 7, 2014, and Bodybuilding.com's reply brief shall be due on October 17, 2014. This request is due to counsel's unavailability.

STIPULATED, DATED AND RESPECTFULLY SUBMITTED this 29th day of September, 2014.

| | |
|---|---|
| TERRELL MARSHALL DAUDT<br>  & WILLIE PLLC<br>p<br>By:  /s/ Mary B. Reiten, CSB #203142<br>    Beth E. Terrell, CSB #178181<br>    Email: bterrell@tmdwlaw.com<br>    Mary B. Reiten, CSB #203142<br>    Email:  mreiten@tmdwlaw.com<br>    936 North 34th Street, Suite 300<br>    Seattle, Washington  98103-8869<br>    Telephone:  (206) 816-6603<br>    Facsimile:  (206) 350-3528<br><br>*Co-Lead Counsel for Plaintiffs* | STEPTOE & JOHNSON LLP<br><br>By:   /s/ Jason Levin, CSB #161807<br>    Jason Levin, CSB #161807<br>    Email:  jlevin@steptoe.com<br>    STEPTOE & JOHNSON LLP<br>    633 West 5th Street, Suite 700<br>    Los Angeles, California  90071<br>    Telephone: (213) 439-9400<br>    Facsimile: (213) 439-9599<br><br>*Attorneys for Defendant Bodybuilding.com, LLC* |

STIPULATION TO CONTINUE HEARING DATE ON BODYBUILDING.COM LLC'S MOTION TO DISMISS COMPLAINT [AND PROPOSED ORDER] - 2
CONSOLIDATED CASE NO. 3:13-cv-04830-EMC

| | |
|---|---|
| 1 | Michael F. Ram, CSB #104805 |
| 2 | Email: mram@rocklawcal.com |
| | RAM, OLSON, CEREGHINO |
| 3 |   & KOPCZYNSKI |
| | 555 Montgomery Street, Suite 820 |
| 4 | San Francisco, California  94111 |
| | Telephone:  (415) 433-4949 |
| 5 | Facsimile:  (415) 433-7311 |

*Co-Lead and Liaison Counsel for Plaintiffs*

Jonathan Shub, CSB #237708
Email: jshub@seegerweiss.com
SEEGER WEISS LLP
1515 Market Street, Suite 1380
Philadelphia, Pennsylvania  19102
Telephone:  (215) 564-2300
Facsimile:  (215) 851-8029

*Co-Lead Counsel for Plaintiffs*

Nick Suciu III, *Admitted Pro Hac Vice*
Email:  nicksuciu@bmslawyers.com
BARBAT, MANSOUR & SUCIU PLLC
434 W. Alexandrine #101
Detroit, Michigan 48201
Telephone:  (313) 303-3472

Alyson Oliver, *Admitted Pro Hac Vice*
Email:  notifications@oliverlg.com
OLIVER LAW GROUP PC
950 West University Drive, Suite 200
Rochester, Michigan  48307
Telephone: (248) 327-6556
Facsimile: (248) 436-3385

*Co-Lead Counsel for Plaintiffs*

STIPULATION TO CONTINUE HEARING DATE ON BODYBUILDING.COM LLC'S MOTION TO DISMISS COMPLAINT [AND PROPOSED ORDER] - 3
CONSOLIDATED CASE NO. 3:13-cv-04830-EMC

| | |
|---|---|
| 1 | Jordan L. Chaikin |
| | Email:  jchaikin@yourlawyer.com |
| 2 | PARKER WAICHMAN LLP |
| | 3301 Bonita Beach Road |
| 3 | Bonita Springs, Florida  34134 |
| | Telephone: (239) 390-8609 |
| 4 | Facsimile: (239) 390-0055 |
| 5 | |
| | Mark J. Geragos |
| 6 | Email: geragos@geragos.com |
| | GERAGOS & GERAGOS, APC |
| 7 | 644 S. Figueroa Street, 39th Floor |
| | Los Angeles, California 90071-3480 |
| 8 | Telephone:  (213) 625-3900 |
| | Facsimile:  (213) 625-1600 |
| 9 | |
| 10 | Alden Knisbacher, CSB #169705 |
| | Email: alden@knisbacherlaw.com |
| 11 | KNISBACHER LAW OFFICES |
| | 220 Montgomery Street, Suite 961 |
| 12 | San Francisco, California 94104 |
| | Telephone:  (415) 522-5200 |
| 13 | Facsimile:  (415) 522-5201 |
| 14 | |
| | Reginald Terrell, CSB #127874 |
| 15 | Email: reggiet2@aol.com |
| | THE TERRELL LAW GROUP |
| 16 | P.O. Box 13315, PMB #148 |
| | Oakland, California 94661 |
| 17 | Telephone: (510) 237-9700 |
| 18 | Facsimile: (510) 237-4616 |

*Attorneys for Plaintiffs*

STIPULATION TO CONTINUE HEARING DATE ON BODYBUILDING.COM LLC'S
MOTION TO DISMISS COMPLAINT [AND PROPOSED ORDER] - 4
CONSOLIDATED CASE NO. 3:13-cv-04830-EMC

1

## II. [~~PROPOSED~~] ORDER

2

PURSUAN T TO STIPULATION IT IS SO ORDERED.

3

Dated this _30th_ day of _September_, 2014.

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

STIPULATION TO CONTINUE HEARING DATE ON BODYBUILDING.COM LLC'S
MOTION TO DISMISS COMPLAINT [AND PROPOSED ORDER] - 5
CONSOLIDATED CASE NO. 3:13-cv-04830-EMC

CERTIFICATE OF SERVICE

I, Mary B. Reiten, hereby certify that on September 29, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Edward P. Garson, CSB #96786
>Email:  edward.garson@wilsonelser.com
>WILSON, ELSER, MOSKOWITZ,
>  EDELMAN & DICKER LLP
>525 Market Street, 17th floor
>San Francisco, California  94105
>Telephone: (415) 433-0990
>Facsimile: (415) 434-1370
>
>Ian A. Stewart, CSB # 250689
>Email:  ian.stewart@wilsonelser.com
>WILSON, ELSER, MOSKOWITZ,
>EDELMAN & DICKER LLP
>555 South Flower Street, Suite 2900
>Los Angeles, California  90071
>Telephone: (213) 443-5100
>Facsimile: (213) 443-5101
>
>*Attorneys for Defendant Driven Sports, Inc.*
>
>A. Brooks Gresham, CSB #155954
>Email:  bgresham@mcguirewoods.com
>Laura E. Coombe, CSB #260663
>Email:  lcoombe@mcguirewoods.com
>Blake S. Olson, CSB #277293
>Email:  bolson@mcguirewoods.com
>McGUIRE WOODS LLP
>1800 Century Park East, 8th Floor
>Los Angeles, California 90067
>Telephone:  (310) 315-8200
>Facsimile:  (310) 315-8210
>
>*Attorneys for Defendant General Nutrition Corporation*

STIPULATION TO CONTINUE HEARING DATE ON BODYBUILDING.COM LLC'S MOTION TO DISMISS COMPLAINT [AND PROPOSED ORDER] - 6
CONSOLIDATED CASE NO. 3:13-cv-04830-EMC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

          Jason Levin, CSB #161807
          Email:  jlevin@steptoe.com
          STEPTOE & JOHNSON LLP
          633 West 5th Street, Suite 700
          Los Angeles, California  90071
          Telephone: (213) 439-9400
          Facsimile: (213) 439-9599

       *Attorneys for Defendant Bodybuilding.com, LLC*

DATED this 29th day of September, 2014.

                              TERRELL MARSHALL DAUDT & WILLIE PLLC

                              By:  /s/ Mary B. Reiten, CSB #203142
                                 Mary B. Reiten, CSB #203142
                                 Email: mreiten@tmdwlaw.com
                                 936 North 34th Street, Suite 300
                                 Seattle, Washington  98103-8869
                                 Telephone:  (206) 816-6603
                                 Facsimile:  (206) 350-3528

                                 *Co-Lead Counsel Plaintiffs*

STIPULATION TO CONTINUE HEARING DATE ON BODYBUILDING.COM LLC'S
MOTION TO DISMISS COMPLAINT [AND PROPOSED ORDER] - 7
CONSOLIDATED CASE NO. 3:13-cv-04830-EMC