# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANTELL OLVERA et al., | ) Case No: 3:13-CV-04830-EMC |
| Plaintiffs, | ) **[PROPOSED] ORDER CONFIRMING** |
| | ) ~~**STIPULATION FOR DISMISSAL**~~ |
| v. | ) **PURSUANT TO FEDERAL RULE OF** |
| | ) **CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| DRIVEN SPORTS, INC., a New York corporation; BODYBUILDING.COM, LLC; GENERAL NUTRITION CENTER, INC.; SPORTS NUTRITION RESEARCH, LTD; and DOES 1 through 10, inclusive, | ) `Denied` |
| Defendants. | ) |

The Court, having considered the parties' Stipulation for Dismissal Pursuant to Fed. R. Civ. P. 41(a), and good cause appearing therefore, hereby confirms that:

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedures, all claims, counterclaims and defenses between Plaintiffs SHANTELL OLVERA, JAMES VENTRE JR. and HENRY CHORLIAN III and the Defendant, BODYBUILDING.COM LLC,, in this action are hereby dismissed, with prejudice; and, the parties shall bear their own costs, expenses and attorneys' fees.

1
2
3
4   IT IS SO ORDERED.
5
6   Dated: 1/13/15        By: _____ 
7                              Hon. ____, District
8                              Judge, ____ District Court
9