**MCGUIREWOODS LLP**
A. Brooks Gresham (SBN 155954)
Blake S. Olson (SBN 277293)
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Telephone:  (310) 315-8200
Facsimile:  (310) 315-8210
Email:  bgresham@mcguirewoods.com
   bolson@mcguirewoods.com

Attorneys for Defendant
General Nutrition Corporation (erroneously sued and served as "General Nutrition Center, Inc.")

Edward P. Garson (SBN 96786)
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:  (415) 433-0990
Facsimile:  (415) 434-1370
Email:  edward.garson@wilsonelser.com

Ian A. Stewart (SBN 250689)
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:  (213) 443-5100
Facsimile:  (213) 443-5101
Email:  ian.stewart@wilsonelser.com

Attorneys for Defendants, Driven Sports, Inc and Sports Nutrition Research, LTD

Susan S. Brown (SBN 287986)
Michael F. Ram (SBN 104805)
**RAM, OLSON, CEREGHINO & KOPCZYNSKI**
555 Montgomery Street, Suite 820
San Francisco, CA  94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311
Email:  mram@rocklawcal.com
Email:  sbrown@rocklawcal.com

Co-Lead and Liaison Counsel for Plaintiffs

1

JOINT CASE MANAGEMENT STATEMENT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANTELL OLVERA; DUONG LE; MARK WOLFE; BRYAN NOFFSINGER; JULIAN KADARIAN; JAMES VENTRE JR.; ERIK SICKINGER; WILLIAM HALL JR.; ROBERTO IRIONDO; MELVIN BISHOP; HENRY CHORLIAN II; and JEFF CRITES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DRIVEN SPORTS, INC., a New York corporation; BODYBUILDING.COM, LLC; GENERAL NUTRITION CENTER, INC.; SPORTS NUTRITION RESEARCH, LTD; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 3:13-cv-04830-EMC<br><br>The Hon. Edward M. Chen<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Complaint Filed:   November 12, 2013 |
| MARCUS WAGNER, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DRIVEN SPORTS, INC., GENERAL NUTRITION CENTER, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | |

Plaintiffs Shantell Olvera, Duong Le, Mark Wolfe, Bryan Noffsinger, Julian Kadarian, James Ventre Jr., Erik, Sickinger, William Hall Jr., Roberto Iriondo, Melvin Bishop, Henry Chorlian II, Jeff Crites, and Marcus Wagner ("Plaintiffs") and Defendants Driven Sports, Inc. and Sports Nutrition Research, LTD ("Driven Sports") and General Nutrition Corporation (erroneously sued and served as "General Nutrition Centers, Inc.")

("GNC") (collectively "Defendants") ) submit their Joint Case Management Statement in advance of the Case Management Conference on July 30, 2015.

After extensive negotiations, the parties have reached a settlement agreement in this matter, which does not involve class certification or a request for Court approval of a class action settlement. All material terms of the settlement have been agreed upon, but the parties are currently engaged in finalizing the settlement documents. The parties estimate that an additional 30 days is needed for final execution of the settlement documents and submission of those documents to the Court. The parties request a 30 day continuance of the CMC for this purpose.

DATED: July 23, 2015               **RAM, OLSON, CEREGHINO & KOPCZYNSKI**

                                   By: /s/ Susan S. Brown
                                   Attorneys for Plaintiffs

DATED: July 23, 2015               **MCGUIREWOODS LLP**

                                   By: /s/ Blake S. Olson
                                   A. Brooks Gresham
                                   Blake S. Olson
                                   Attorneys for Defendant General Nutrition
                                   Corporation (erroneously sued and served
                                   as "General Nutrition Center, Inc.")

DATED: July 23, 2015               **WILSON, ELSER, MOSKOWITZ,
                                   EDELMAN & DICKER LLP**

IT IS SO ORDERED that the
further CMC is reset from          By: /s/ Edward P. Garson
7/30/15 to 9/3/15 at 10:30 a.m.    EDWARD P. GARSON
A joint CMC statement shall be     IAN A. STEWART
filed by 8/27/15.                  Attorneys for Defendants Driven Sports,
                                   Inc. and Sports Nutrition Research, LTD
Edward M. Chen
U.S. District Judge   IT IS SO ORDERED AS MODIFIED
                      Judge Edward M. Chen

3
JOINT CASE MANAGEMENT STATEMENT