Michael F. Ram, SBN 104805
mram@rocklawcal.com
Susan S. Brown, SBN 287986
sbrown@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311
*Co-Lead and Liaison Counsel for Plaintiffs*

A. Brooks Gresham, SBN 155954
bgresham@mcguirewoods.com
Blake S. Olson, SBN 277293
bolson@mcguirewoods.com
MCGUIRE WOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, CA  90067-1501
Telephone:  310-315-8200
Facsimile:  310-315-8210
*Attorneys for Defendant*
*General Nutrition Corporation (erroneously sued*
*and served as "General Nutrition Center, Inc.")*

Ian A. Stewart (SBN 250689)
ian.stewart@wilsonelser.com
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
555 South Flower Street, Suite 2900
Los Angeles, CA  90071
Telephone: 213-443-5100
Facsimile: 213-443-5101
*Attorneys for Defendants Driven Sports, Inc.*
*and Sports Nutrition Research, Ltd.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANTELL OLVERA et al., <br><br> Plaintiffs, <br> v. <br> DRIVEN SPORTS, INC., a New York corporation; BODYBUILDING.COM, LLC; GENERAL NUTRITION CENTER, INC.; SPORTS NUTRITION RESEARCH, LTD; and DOES 1 through 10, inclusive, <br><br> Defendants. | Consolidated No.  3:13-cv-04830-EMC <br> <u>CLASS ACTION</u> <br> <u>JURY TRIAL DEMAND</u> <br><br> **JOINT CASE MANAGEMENT STATEMENT** <br><br> Date:  September 3, 2015 <br> Time:  10:30 a.m. <br> Place:  Courtroom 5, 17th Floor <br>             San Francisco, CA <br> Judge: The Honorable Edward M. Chen <br><br> Complaint Filed:  October 17, 2013 |
| MARCUS WAGNER, an individual, on behalf of himself and all others similarly Situated, <br><br> Plaintiff, <br> v. <br> DRIVEN SPORTS, INC., GENERAL NUTRITION CENTERS, INC., and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 3:13-cv-05239-EMC <br><br> JURY TRIAL DEMAND <br><br> The Honorable Edward M. Chen <br> Complaint Filed:  November 12, 2013 |

Plaintiffs Shantell Olvera, Duong Le, Mark Wolfe, Bryan Noffsinger, Julian Kadarian, James Ventre Jr., Erik, Sickinger, William Hall Jr., Roberto Iriondo, Melvin Bishop, Henry Chorlian II, Jeff Crites, and Marcus Wagner ("Plaintiffs") and Defendants Driven Sports, Inc. and Sports Nutrition Research, LTD ("Driven Sports") and General Nutrition Corporation (erroneously sued and served as "General Nutrition Centers, Inc.") ("GNC") (collectively "Defendants") submit their Joint Case Management Statement in advance of the Case Management Conference on September 3, 2015.

After extensive negotiations, the parties have reached a settlement agreement in this matter, which does not involve class certification or a request for Court approval of a class action settlement. All material terms of the settlement have been agreed upon, but the parties are currently engaged in finalizing the settlement documents and obtaining client signatures. The parties estimate that an additional 20 days is needed for final execution of the settlement documents and submission of those documents to the Court. The parties request a 30 day continuance of the CMC for this purpose.

Dated: August 27, 2015

*/s/ Susan S. Brown*
Susan S. Brown, SBN 287986
sbrown@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311
*Co-Lead and Liaison Counsel for Plaintiffs*

*\*\*Filers Attestation: Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, Susan S. Brown hereby attests that concurrence in the filing of this document has been obtained from each Signatory.*

Dated:  August 27, 2015

*/s/ Blake S. Olson*
Blake S. Olson, SBN 277293
bolson@mcguirewoods.com
A. Brooks Gresham, SBN 155954
bgresham@mcguirewoods.com
MCGUIRE WOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, CA  90067-1501
Telephone:  310-315-8200
Facsimile:  310-315-8210
*Attorneys for Defendant General Nutrition Corporation (erroneously sued and served as "General Nutrition Center, Inc.")*

1 | Dated:  August 27, 2015            */s/ Ian A. Stewart*
                                      Ian A. Stewart (SBN 250689)
2                                     WILSON, ELSER, MOSKOWITZ, EDELMAN
                                        & DICKER LLP
3                                     555 South Flower Street, Suite 2900
                                      Los Angeles, CA  90071
4                                     Telephone:  213-443-5100
                                      Facsimile:  213-443-5101

                                      Edward P. Garson (SBN 96786)
                                      Edward.garson@wilsonelser.com
                                      WILSON, ELSER, MOSKOWITZ EDELMAN
                                        & DICKER LLP
                                      525 Market Street, 17th Floor
                                      San Francisco, CA  94105-2725
                                      Telephone:  415-433-0990
                                      Facsimile:  415-434-1370

                                      *Attorneys for Defendants Driven Sports, Inc.
                                      and Sports Nutrition Research, LTD.*

```
IT IS SO ORDERED that the further CMC is reset from 9/3/15 to 11/10/15
at 10:30 a.m.  An updated joint CMC statement shall be filed by 11/3/15.
```

_____
Edward M. Chen
U.S. District Judge

[STAMP: IT IS SO ORDERED MODIFIED — Judge Edward M. Chen, United States District Court, Northern District of California]