1  Michael F. Ram, CSB #104805
   Email:  mram@rocklawcal.com
2  Susan S. Brown, CSB #287986
   Email:  sbrown@rocklawcal.com
3  RAM, OLSON, CEREGHINO
      & KOPCZYNSKI
4  555 Montgomery Street, Suite 820
   San Francisco, California  94111
5
   [Additional Counsel Appear on Signature Page]
6
   *Co-Lead and Liaison Counsel for Plaintiffs*
7
                  UNITED STATES DISTRICT COURT
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  SHANTELL OLVERA et al.,

10              Plaintiffs,                  Consolidated No.  3:13-cv-04830-EMC

11       v.                                  **STIPULATION AND [~~PROPOSED~~]
                                             ORDER OF DISMISSAL OF THE
12 DRIVEN SPORTS, INC., a New York           ENTIRE ACTION**
   corporation; BODYBUILDING.COM, LLC;
13 GENERAL NUTRITION CENTER, INC.;           CLASS ACTION
   SPORTS NUTRITION RESEARCH, LTD;           ―――――――――――――――
14 and DOES 1 through 10, inclusive,

15              Defendants.                  JURY TRIAL DEMAND

16                                           The Honorable Edward M. Chen

17 ――――――――――――――――――――                      Complaint Filed:  October 17, 2013

18 MARCUS WAGNER, an individual, on          Case No. 3:13-cv-05239-EMC
   behalf of himself and all others similarly
19 Situated,

20              Plaintiff,                    JURY TRIAL DEMAND

21       v.                                   The Honorable Edward M. Chen

22 DRIVEN SPORTS, INC., GENERAL              Complaint Filed:  November 12, 2013
   NUTRITION CENTERS, INC., and DOES 1
23 through 50, inclusive,

24              Defendants.

25

26

27

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF THE ENTIRE
ACTION - 1
CONSOLIDATED CASE NO. 3:13-cv-04830-EMC

## I.  STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Shantell Olvera, Duong Le, Mark Wolfe, Bryan Noffsinger, Julian Kadarian, Erik Sickinger, William Hall Jr., Roberto Iriondo, Melvin Bishop, Henry Chorlian II, Jeff Crites, Marcus Wagner, and James Ventre (hereinafter "Plaintiffs"), and Driven Sports, Inc., Sports Nutrition Research, Ltd., and General Nutrition Corporation (erroneously sued and served as "General Nutrition Centers, Inc.") (hereinafter collectively "Defendants"), by and through their attorneys of record, stipulate to dismissal of any and all of Plaintiffs' individual claims against Defendants with prejudice and without an award of fees and costs to either party.  This dismissal is without prejudice as to any putative class claims.

STIPULATED TO, DATED AND RESPECTFULLY SUBMITTED this 30th day of November, 2015.

TERRELL MARSHALL LAW
   GROUP PLLC

WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP


By:  /s/ Mary B. Reiten, CSB #203142
   Beth E. Terrell, CSB #178181
   Email: bterrell@terrellmarshall.com
   Mary B. Reiten, CSB #203142
   Email:  mreiten@terrellmarshall.com
   936 North 34th Street, Suite 300
   Seattle, Washington  98103-8869
   Telephone:  (206) 816-6603

*Co-Lead Counsel for Plaintiffs*

By:  /s/ Edward P. Garson, CSB #96786
   Edward P. Garson, CSB #96786
   Email:  edward.garson@wilsonelser.com
   525 Market Street, 17th floor
   San Francisco, California  94105
   Telephone: (415) 433-0990
   Facsimile: (415) 434-1370

   Ian A. Stewart, CSB # 250689
   Email:  ian.stewart@wilsonelser.com
   WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
   555 South Flower Street, Suite 2900
   Los Angeles, California 90071
   Telephone: (213) 443-5100
   Facsimile: (213) 443-5101

   *Attorneys for Defendant Driven Sports, Inc.*

1  Michael F. Ram, CSB #104805
   Email:  mram@rocklawcal.com
2  Susan S. Brown, CSB #287986
   Email:  sbrown@rocklawcal.com
3  RAM, OLSON, CEREGHINO
     & KOPCZYNSKI
4  555 Montgomery Street, Suite 820
   San Francisco, California  94111
5  Telephone:  (415) 433-4949

6
   *Co-Lead and Liaison Counsel for Plaintiffs*
7
   Jonathan Shub, CSB #237708
8  Email:  jshub@kohnswift.com
   KOHN, SWIFT & GRAF, P.C.
9  One South Broad Street, Suite 2100
   Philadelphia, Pennsylvania  19107
10 Telephone:  (215) 238-1700
   Facsimile:  (215) 238-1968
11

12 *Co-Lead Counsel for Plaintiffs*

13
   Nick Suciu III, *Admitted Pro Hac Vice*
14 Email:  nicksuciu@bmslawyers.com
   BARBAT, MANSOUR & SUCIU PLLC
15 434 W. Alexandrine #101
   Detroit, Michigan 48201
16 Telephone:  (313) 303-3472

17
   Alyson Oliver, *Admitted Pro Hac Vice*
18 Email:  notifications@oliverlg.com
   OLIVER LAW GROUP P.C.
19 363 West Big Beaver Road, Suite 200
   Troy, Michigan  48084
20 Telephone: (248) 327-6556
   Facsimile: (248) 436-3385
21

22 *Co-Lead Counsel for Plaintiffs*

23

24

25

26

27

McGUIRE WOODS LLP


By:  /s/ A. Brooks Gresham, CSB #155954
     A. Brooks Gresham, CSB #155954
     Email:  bgresham@mcguirewoods.com
     Laura E. Coombe, CSB #260663
     Email:  lcoombe@mcguirewoods.com
     Blake S. Olson, CSB #277293
     Email:  bolson@mcguirewoods.com
     1800 Century Park East, 8th Floor
     Los Angeles, California 90067
     Telephone:  (310) 315-8200
     Facsimile:  (310) 315-8210


*Attorneys for Defendant General Nutrition
Corporation (erroneously sued and served as
"General Nutrition Centers, Inc.")*

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF THE ENTIRE
ACTION - 3
CONSOLIDATED CASE NO. 3:13-cv-04830-EMC

## II.  LOCAL RULE 5-1(I)(3) STATEMENT

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for all parties, and that I will maintain records to support this concurrence by all counsel subject to this stipulation as required under the local rules.

DATED this 30th day of November, 2015.

TERRELL MARSHALL LAW GROUP PLLC

By:  /s/ Mary B. Reiten, CSB #203142
    Mary B. Reiten, CSB #203142
    Email:  mreiten@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington  98103-8869
    Telephone:  (206) 816-6603
    Facsimile:  (206) 319-5450

*Co-Lead Counsel for Plaintiffs*

## III.  [PROPOSED] ORDER PURSUANT TO STIPULATION

This matter came before the above-entitled Court on the Stipulation for Dismissal With Prejudice of the Entire Action.  After reviewing the files and records herein, and the Court having been fully advised, it is hereby:

ORDERED that Plaintiffs' individual claims against Defendants are DISMISSED WITH PREJUDICE with each party to bear their own attorneys' fees, costs and expenses except as may be otherwise agreed to by the parties.  This dismissal is without prejudice to any putative class claims.

IT IS SO ORDERED this _____ 7th _____ day of _____ December _____, 2015.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF THE ENTIRE
ACTION - 5
CONSOLIDATED CASE NO. 3:13-cv-04830-EMC

CERTIFICATE OF SERVICE

I, Mary B. Reiten, hereby certify that on November 30, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Edward P. Garson, CSB #96786
Email:  edward.garson@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
525 Market Street, 17th floor
San Francisco, California  94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Ian A. Stewart, CSB # 250689
Email:  ian.stewart@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101

*Attorneys for Defendant Driven Sports, Inc.*

A. Brooks Gresham, CSB #155954
Email:  bgresham@mcguirewoods.com
Laura E. Coombe, CSB #260663
Email:  lcoombe@mcguirewoods.com
Blake S. Olson, CSB #277293
Email:  bolson@mcguirewoods.com
McGUIRE WOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:  (310) 315-8200
Facsimile:  (310) 315-8210

*Attorneys for Defendant General Nutrition Corporation (erroneously sued and served as "General Nutrition Centers, Inc.")*

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF THE ENTIRE ACTION - 6
CONSOLIDATED CASE NO. 3:13-cv-04830-EMC

1    DATED this 30th day of November, 2015.

2                                     TERRELL MARSHALL LAW GROUP PLLC

3

4                              By:  /s/ Mary B. Reiten, CSB #203142
                                     Mary B. Reiten, CSB #203142
5                                    Email:  mreiten@terrellmarshall.com
                                     936 North 34th Street, Suite 300
6                                    Seattle, Washington  98103-8869
                                     Telephone:  (206) 816-6603
7                                    Facsimile:  (206) 319-5450

8                                    *Co-Lead Counsel Plaintiffs*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF THE ENTIRE
ACTION - 7
CONSOLIDATED CASE NO. 3:13-cv-04830-EMC